IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD THOMAS,                                    1:05-CV-1236 AWI LJO HC

        Petitioner,                        ORDER TO SUBMIT NEW
                                           APPLICATION TO PROCEED
        vs.                                IN FORMA PAUPERIS AND
                                           CERTIFIED COPY OF TRUST
JEANNE WOODFORD,                                  ACCOUNT STATEMENT **OR**
                                           PAY FILING FEE

        Respondent.
_____/

        Petitioner, a state prisoner proceeding pro se, has

filed a petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2254 together with an application to proceed in forma

pauperis pursuant to 28 U.S.C. § 1915.  However, petitioner's

application to proceed in forma pauperis did not include the

required original signature by an authorized officer of the

institution of incarceration.  Additionally, petitioner has not

filed a certified copy of his prison trust account statement for

the six month period immediately preceding the filing of the

1

1   petition.  See 28 U.S.C. § 1915(a)(2).  Petitioner will be

2   provided the opportunity to submit a new application to proceed

3   in forma pauperis and a certified copy of his trust account

4   statement **or** pay the $5.00 filing fee.

5        Accordingly, IT IS HEREBY ORDERED that:

6            1.   The Clerk's Office shall send to petitioner the

7   form for application to proceed in forma pauperis.

8            2.   Within thirty days of the date of service of this

9   order, petitioner shall submit a completed application to proceed

10  in forma pauperis and a certified copy of his prison trust

11  account statement for the six month period immediately preceding

12  the filing of the petition, or in the alternative, pay the $5.00

13  filing fee for this action.  Failure to comply with this order

14  will result in a recommendation that this action be dismissed.

15  IT IS SO ORDERED.

16  **Dated:    October 27, 2005              /s/ Lawrence J. O'Neill**
    23ehd0                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

                                  2