# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD THOMAS, ) | 1:05-CV-1236 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER VACATING ORDER TO SUBMIT |
| ) | FILING FEE OR APPLICATION TO |
| v. ) | PROCEED IN FORMA PAUPERIS ISSUED |
| ) | ON OCTOBER 27, 2005 |
| JEANNE WOODFORD, ) | [Doc. #4] |
| ) | |
| Respondent. ) | |

On October 27, 2005, this Court issued an order directing Petitioner to pay the filing fee or submit an application to proceed in forma pauperis within thirty (30) days of the date of service of the order. It has come to the Court's attention that Petitioner paid the filing fee on October 26, 2005.

Accordingly, the October 27, 2005, order is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   October 27, 2005**            **/s/ Lawrence J. O'Neill**
23ehd0                                                 UNITED STATES MAGISTRATE JUDGE