# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD THOMAS, | 1:05-CV-1236 AWI LJO HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO RE-SERVE ORDER TO RESPOND AND RESETTING BRIEFING SCHEDULE |
| v. | |
| JEANNE WOODFORD, | [Doc. 6] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 10, 2005, the Court issued an order directing Respondent to submit a response to the petition. Due to an error in the electronic processing of that order, the order was never electronically served on Respondent. Therefore, the Court shall direct the Clerk of Court to re-serve the Court's November 10, 2005, order to respond on all the parties, and the deadlines set forth in that order shall be reset as of the date of re-service. The Court apologizes for any inconvenience or confusion this may have caused.

Accordingly, it is HEREBY ORDERED that the Court's November 10, 2005, order shall be re-served on the parties, and briefing schedule set forth in that order is effective as of the date of service of this order.

IT IS SO ORDERED.

**Dated:   January 9, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                                    UNITED STATES MAGISTRATE JUDGE

1