IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD THOMAS,**<br><br>                                                       Petitioner,<br><br>         v.<br><br>**JEANNE WOODFORD, Warden,**<br><br>                                                       Respondent. | 1:05-CV-01236 AWI LJO HC<br><br>**ORDER DISMISSING MOTION FOR ENLARGEMENT OF TIME** |

On March 6, 2006, Respondent filed a motion requesting a thirty (30) day extension of time to file a response. Respondent requests that the date set for filing an answer be moved to April 10, 2006.

It appears that Respondent may have miscalculated the deadlines in this case. On November 10, 2005, the Court issued an order directing Respondent to file an answer within ninety (90) days. On January 9, 2006, the Court issued an order resetting the briefing schedule because of an electronic processing error. In that order, the briefing schedule was reset as of the date of service of the January 9, 2006, order. Since the date of service was January 9, 2006, the response is due on April 10, 2006, which is the same date Respondent requests that the deadline be moved.

Accordingly, IT IS HEREBY ORDERED THAT Respondent's motion for an enlargement of time is DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   March 9, 2006**                            **/s/ Lawrence J. O'Neill**
23ehd0                                                                     UNITED STATES MAGISTRATE JUDGE