UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD THOMAS, ) | 1:05-CV-01236 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #14] |
| ) | |
| v. ) | ORDER DISMISSING GROUNDS |
| ) | |
| ) | ORDER DENYING MOTION FOR STAY |
| ) | [Doc. #13] |
| JEANNE WOODFORD, ) | |
| ) | ORDER REFERRING MATTER BACK TO |
| Respondent. ) | MAGISTRATE JUDGE FOR FURTHER |
| ) | PROCEEDINGS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 24, 2006, the Magistrate Judge issued Findings and Recommendation that recommended Grounds Three and Four be DISMISSED from the petition with prejudice. The Magistrate Judge further recommended that Petitioner's motion for stay be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 30, 2006, Petitioner filed objections to the Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

In his objections, Petitioner contends that Grounds Three and Four are exhausted because these grounds, and the federal basis of these grounds, were contained in a supplemental brief provided to the California Supreme Court. Petitioner provides a copy of this supplemental brief. While it appears the supplemental brief was filed on March 21, 2005, prior to the California Supreme Court's April 27, 2006 ruling, there is no evidence or indication that this brief was properly presented to the California Supreme Court or the California Supreme Court considered it when making its ruling. Regardless, for the reasons stated by the Magistrate Judge, these claims can be denied on their merits.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 24, 2006, is ADOPTED IN FULL;

2. Claims Three and Four of the Petition are DISMISSED with prejudice;

3. Petitioner's Motion for Stay is DENIED; and

4. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   July 29, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE