IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD THOMAS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DERRAL ADAMS,<br><br>　　　　Respondent.<br>_____/ | 1:05-cv-01236-LJO-JMD (HC)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #23)<br><br>NINETY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 6, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted ninety days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   October 9, 2008**　　　　　　　　　**/s/ John M. Dixon**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE